IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| REYES SALINAS and MAGDALENA SALINAS, husband and wife, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:10CV00316 SWW |
| GLOBAL GEOPHYSICAL SERVICES, INC. and SEECO, INC., | * * * * | |
| Defendants. | * | |

**Order**

Before the Court is the parties' joint motion for extension of the discovery deadline and motions deadline. The motion [docket entry 10] is granted. The Court hereby extends the discovery deadline to December 8, 2010, and the dispositive/*Daubert* motions deadline to January 10, 2011. The Court informs the parties that by extending the motions deadline as requested, the Court cannot insure that a ruling on any dispositive motion will be made prior to the trial date.[1]

SO ORDERED this 20th day of September, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Any response to a motion for summary judgment shall be filed within 14 days of service of the motion and supporting papers, and any reply to the response shall be filed within 7 days of the date of service of the response.